## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

JEFFRY L. SIGG,

                    Plaintiff,

-vs-                                              Case No.  6:05-cv-189-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

_____

## ORDER

The United States Magistrate Judge has submitted a report recommending that this case be dismissed without prejudice for Plaintiff's failure to file an amended complaint and recommending that the Clerk of Court be directed to close this case.  On February 4, 2005, an Order (Doc. 3) was entered striking the Complaint and allowing Plaintiff to file an amended complaint on or before February 24, 2005.  Plaintiff has failed to comply with the Order.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed April 8, 2005 (Doc. No. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    This case is **DISMISSED** without prejudice for Plaintiff's failure to file an amended complaint.

3.    The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _2 6_ day of April, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party